# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2016

152784 & (30)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

_____

*In re* Complaint of ROBERT TAYLOR for
Judicial Investigation.

_____

ROBERT TAYLOR,
 Petitioner-Appellant.

SC: 152784
COA: 327893
Charlevoix CC: 15-012525-PZ

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the October 27, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2016



Clerk

p0226